UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNAN R. MACLEAN, | Case No.: 20-CV-426 JLS (AGS) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| COLLECTION BUREAU OF AMERICA, LTD., | |
| Defendant. | |

On December 11, 2020, the Court dismissed Plaintiff Brennan R. Maclean's Complaint without prejudice for failure to state a claim upon which relief can be granted. ECF No. 10.  Plaintiff has failed to file an amended complaint by the January 10, 2021 deadline or otherwise appear in this matter.  Accordingly, the Court dismisses Plaintiff's suit **WITH PREJUDICE**.  This Order concludes the litigation in this matter.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: April 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge